FILED
07 APR 26 PM 3:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1. Michael A. Barcott, CBA# 73681
   HOLMES WEDDLE & BARCOTT
2. 999 Third Avenue, Suite 2600
   Seattle, Washington 98104
3. (206) 292-8008

4. Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CATERPILLAR FINANCIAL SERVICES CORPORATION,

Plaintiff,

v.

CHARTER CONNECTION CORPORATION, *In Personam*, PETE TERREBONNE, *In Personam*, PAMELA TERREBONNE, *In Personam*, and BELLE AMIE, O.N. 1170780, Its Engines, Machinery, Appurtenances, etc., *In Rem*,

Defendants.

IN ADMIRALTY

'07 CV 0767  JAH NLS

Case No.

COMPLAINT TO FORECLOSURE PREFERRED SHIP MORTGAGES
*IN REM* AND *IN PERSONAM*

Plaintiff Caterpillar Financial Services Corporation ("Caterpillar") allege:

I.

This is a matter of admiralty and maritime jurisdiction under 46 U.S.C. § 31322 and § 31325 and within the meaning of Rule 9(h).

II.

At all times material herein, defendant BELLE AMIE, O.N. 1170780 (the "Vessel"), its engines, machinery, appurtenances, etc. was a vessel duly documented



COMPLAINT - 1

ORIGINAL

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. under the laws of the United States and was owned by Charter Connection Corporation
2. ("Owner"). The Vessel is now, or will be during the pendency of process herein, within
3. this district and within the jurisdiction of this Court.

### III.

5. Both defendant Owner and defendants Pete Terrebonne and Pamela Terrebonne
6. are present within this district and within the jurisdiction of this Court.

### IV.

8. That on or about July 29, 2005, Owner executed and delivered to Caterpillar, for
9. valuable consideration, a Promissory Note ("Promissory Note") in the principal sum of
10. Three Million Three Hundred Seventy-Five Thousand and No/100 Dollars
11. ($3,375,000.00). A Preferred Ship Mortgage on the Vessel secures the Promissory Note.

### V.

13. That on or about July 29, 2005, Owner granted a Preferred Ship Mortgage
14. ("Mortgage") for Three Million Three Hundred Seventy-Five Thousand and No/100
15. Dollars ($3,375,000.00) to Caterpillar. Said Mortgage was duly recorded at the National
16. Vessel Documentation Center against the Vessel on July 29, 2005, at 1:07 p.m., Batch
17. Number 397157, Document ID 4068414, and in all respects qualified as a Preferred
18. Mortgage under 46 U.S. § 31322 and § 31325.

### VI.

20. That on or around March 30, 2006, Owner and Guarantors executed and delivered
21. to Caterpillar, for valuable consideration, a Rescheduling Agreement and Amendment to
22. Preferred Ship Mortgage ("First Rescheduling Agreement") amending the terms of the
23. Promissory Note and the Mortgage as stated in the First Rescheduling Agreement. The
24. First Rescheduling Agreement is secured by a Preferred Ship Mortgage on the Vessel.

COMPLAINT - 2

**VII.**

That on or around August 30, 2006, Owner and Guarantors executed and delivered to Caterpillar, for valuable consideration, a Rescheduling Agreement and Amendment to Preferred Ship Mortgage ("Second Rescheduling Agreement") amending the terms of the Promissory Note and the Mortgage as stated in the Second Rescheduling Agreement. The Second Rescheduling Agreement is secured by a Preferred Ship Mortgage on the Vessel.

**VIII.**

That on or around July 29, 2005, defendant Pete Terrebonne executed and delivered to Caterpillar, for valuable consideration, a Guaranty guarantying payment of all Owner's Indebtedness to Caterpillar under the herein described Note, Mortgage, and amendments.

**IX.**

That on or around July 29, 2005, defendant Pamela Terrebonne executed and delivered to Caterpillar, for valuable consideration, a Guaranty guarantying payment of all Owner's indebtedness to Caterpillar under the herein described Note, Mortgage, and amendments.

**X.**

Caterpillar is the owner and holder of the Note, the Mortgage, the Guaranties and the amendments thereto on the Vessel.

**XI.**

There is now a default under the terms of the Notes and Mortgages. There is now due and owing to Caterpillar under the Notes and amendments thereto, $3,769,243.00, subject to adjustment together with the principal and accruing interest at $895.90 per day from April 18, 2007, plus costs and attorneys' fees.

COMPLAINT - 3

1. That the laws of the United States provide that, upon a default of any term of a preferred mortgage, the mortgage holder may enforce its claim for outstanding indebtedness against the mortgaged vessel, *in rem*, 46 U.S.C. § 31325.

**WHEREFORE**, plaintiff Caterpillar prays for judgment as follows:

1. That this Court decree payment due jointly and severally by the Vessel, Charter Connection Corporation, Pete Terrebonne and Pamela Terrebonne on the Notes, Mortgage, and amendments for the following:

    a. The sum of $3,769,243.00, subject to adjustment together with the principal accruing interest at $895.90 per day from April 18, 2007;

    b. Reasonable attorneys' fees; and

    c. The costs of this action including charges for all fees for keepers and their costs incurred in this action and for all expenses for the sale of the Vessel, her engines, machinery, and appurtenances, etc.

2. That Caterpillar be adjudged the holder of a first Preferred Ship Mortgage on the Vessel for the payment of sums due, including costs and attorneys' fees, and that this Court declare the lien of the said Mortgage to be superior to all other liens which may exist against the Vessel.

3. That the Mortgage be foreclosed and the Vessel be sold by the U.S. Marshal and the proceeds of the sale be applied and delivered to pay demands and claims of Caterpillar in the amount and to the extent as specifically set forth herein, together with costs and attorneys' fees, and that it be declared that any and all persons, firms or corporations claiming any interest in the Vessel are forever barred and foreclosed of and from all rights of equity or redemption or claim in and to the Vessel.

4. That *in rem* process in due form of the law issue against the Vessel.

COMPLAINT - 4

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

5.   That at the sale of the Vessel by the U.S. Marshal, Caterpillar be permitted to bid, without cash deposit, its judgment, accrued interest, costs and attorneys' fees, up to the full amount thereof.

6.   That Caterpillar have such other and further relief as in law and equity it may be entitled to receive.

DATED this 24 day of April, 2007.

HOLMES WEDDLE & BARCOTT

*/s/ Michael A. Barcott*
Michael A. Barcott, CBA No. 73681
Attorneys for Plaintiff

COMPLAINT - 5

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ss. |
| STATE OF TENNESSEE | ) |

Melissa Schuler, being first duly sworn, upon oath deposes and states upon information and belief:

I have read the above and foregoing complaint, know the contents thereof and believe the same to be true, and execute this verification on behalf of plaintiff being so authorized to do.

*Melissa Schuler* (signature)
Melissa Schuler

SUBSCRIBED AND SWORN to before me this 24th day of April, 2007.

[Notary Seal: CLAUDIA J. HORVATH, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, TENN.]

*Claudia J Horvath* (signature)
Print Name: CLAUDIA J. HORVATH
Notary Public in and for the State of Tennessee
Residing at: 2120 West End Avenue Nashville TN
My Commission Expires NOV. 22, 2008

G:\3444\21581\pldg\Complaint 4.24.07.doc

COMPLAINT - 6

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED 07 APR 26 PM 3:36**
**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**BY: _____ DEPUTY**

**I (a) PLAINTIFFS**
CATERPILLAR FINANCIAL SERVICES CORP.

**DEFENDANTS**
CHARTER CONNECTION CORP., ET AL.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Michael A. Barcott
Holmes Weddle & Barcott
999 Third Ave., Ste. 2600
Seattle, WA 98104   Phone: 206-292-8008

**ATTORNEYS (IF KNOWN)**

'07 CV 0767 JAH NLS

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**
- 1 U.S. Government Plaintiff
- (X) Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)** (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | (X)4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

46 USC 31322 and 31325

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury- Medical Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| (X) 120 Marine | 315 Airplane Product Liability | 365 Personal Injury - Product Liability | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | | 630 Liquor Laws | 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment &Enforcement of Judgment | 340 Marine | **PERSONAL PROPERTY** | 640 RR & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 345 Marine Product Liability | 370 Other Fraud | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 350 Motor Vehicle | 371 Truth in Lending | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 690 Other | 861 HIA (13958) | 850 Securities/Commodities Exchange |
| 160 Stockholders Suits | 360 Other Personal Injury | 385 Property Damage Product Liability | **LABOR** | 862 Black Lung (923) | 875 Customer Challenge 12 USC |
| 190 Other Contract | | | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Tort to Land | 444 Welfare | 540 Mandamus & Other | | | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**
- (X) 1 Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appelate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
- CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
- DEMAND $ 3,769,243.00
- Check YES only if demanded in complaint: JURY DEMAND: YES (X) NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 4/25/07

SIGNATURE OF ATTORNEY OF RECORD
Michael A. Barcott
CSBA#73681

**ORIGINAL**

```
       UNITED STATES
       DISTRICT COURT
     Southern District of California
          San Diego Division

        # 137586 - A2
        April 26, 2007

   Code      Case #        Qty     Amount

   CV086980  3-07-CV-0767           60.00 CH
      Judge    - HOUSTON
   CV086400                        100.00 CH
   CV510000                        190.00 CH


   Total->                         350.00


   FROM: CIVIL FILING
         CATERPILLAR FINANCIAL SERVICES
         CORP. V. CHARTER CONNECTION
         BCN 41564 SH
```