Michael A. Barcott, CBA # 73681
HOLMES WEDDLE & BARCOTT
999 Third Avenue, Suite 2600
Seattle, Washington 98104
(206) 292-8008

Attorneys for Plaintiff

FILED
APR 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARTER CONNECTION CORPORATION, *In Personam*, PETE TERREBONNE, *In Personam*, PAMELA TERREBONNE, *In Personam*, and BELLE AMIE, O.N. 1170780, Its Engines, Machinery, Appurtenances, etc., *In Rem*,<br><br>          Defendants. | IN ADMIRALTY<br>07 CV 0767  L NLS<br>Case No.<br><br>**EX-PARTE MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST** |

COMES NOW plaintiff and moves the Court for an order authorizing issuance of a warrant for arrest herein, pursuant to Rule C(3). This motion is based upon the allegations of the Complaint verified by Melissa Schuler.

DATED this ____ day of April, 2007.

HOLMES WEDDLE & BARCOTT

_____
Michael A. Barcott, CBA No. 73681
Attorneys for Plaintiff

EX-PARTE MOTION FOR ORDER AUTHORIZING
ISSUANCE OF WARRANT FOR ARREST - 1

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

ORIGINAL