FILED

2007 MAY -1  PM 3:25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1. Michael A. Barcott, CBA #73681
   HOLMES WEDDLE & BARCOTT
2. 999 Third Avenue, Suite 2600
   Seattle, Washington 98104
3. (206) 292-8008

4. Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CATERPILLAR FINANCIAL SERVICES CORPORATION,

  Plaintiff,

  v.

CHARTER CONNECTION CORPORATION, *In Personam*, PETE TERREBONNE, *In Personam*, PAMELA TERREBONNE, *In Personam*, and BELLE AMIE, O.N. 1170780, Its Engines, Machinery, Appurtenances, etc., *In Rem*,

  Defendants.

IN ADMIRALTY

07 CV 0767  JAH NLS

Case No.

**(PROPOSED) ORDER AUTHORIZING ISSUANCE OF WARRANT FOR ARREST**

Upon the ex-parte motion of plaintiff and after review of the record and files herein, and finding that probable cause for arrest exists, it is

ORDERED that the Clerk may issue a warrant for the arrest of the defendant vessel BELLE AMIE, O.N. 1170780, its engines, machinery, and appurtenances, etc.

DATED this __30__ day of __April__, 2007.

_____
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER AUTHORIZING
ISSUANCE OF WARRANT FOR ARREST - 1

**ORIGINAL**

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

1. 
2. Presented By:
3. HOLMES WEDDLE & BARCOTT
4. 
5. _____
   Michael A. Barcott, CBA No. 73681
   Attorneys for Plaintiff
6. 
7. 
8. G:\3444\21581\pldg\Order-Issuance of Warrant 4.24.07.doc
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 
21. 
22. 
23. 
24. 
25. 
26. (PROPOSED) ORDER AUTHORIZING
    ISSUANCE OF WARRANT FOR ARREST - 2

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289