1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION, | ) ) ) | Civil No. 07cv767-L(NLS) |
| Plaintiff, | ) ) | **ORDER (1) GRANTING EX PARTE APPLICATIONS TO SHORTEN** |
| v. | ) ) | **TIME; (2) VACATING HEARING DATE; AND (3) SETTING** |
| CHARTER CONNECTION CORPORATION, *in Personam*, *et al.*, | ) ) ) | **BRIEFING SCHEDULE** |
| Defendants. | ) ) ) | |

For good cause having been shown, the ex parte application to shorten time filed by A.K. Skuda, Inc. is **GRANTED**. The court sets the following briefing schedule on A.K. Skuda, Inc.'s motion to intervene:

    1.  Any opposition shall be filed no later than July 9, 2007.

    2.  Any reply to the opposition shall be filed no later than July 13, 2007.

    3.  Upon the filing of the foregoing, the parties shall await further order of the court.

    4.  The hearing date set for August 20, 2007 is hereby **VACATED**.

**IT IS SO ORDERED.**

DATED: June 28, 2007

M. James Lorenz
United States District Court Judge

07cv767

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv767