1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CATERPILLAR FINANCIAL
SERVICES CORPORATION,

               Plaintiff,

v.

CHARTER CONNECTION
CORPORATION, *in Personam*, *et al.*,

               Defendants
_____

AND RELATED CROSS-CLAIM AND
COMPLAINT IN INTERVENTION
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. 07cv767-L(NLS)

**ORDER DENYING PLAINTIFF'S
EX PARTE APPLICATION FOR
ORDER SHORTENING TIME**

18    In this admiralty case to foreclose on a preferred ship mortgage, Plaintiff Caterpillar

19  Financial Services Corporation's ("Caterpillar") filed an *ex parte* application for order

20  shortening time to hear its motion for default judgment *in rem* against Defendant vessel Belle

21  Amie and *in personam* against Defendant Charter Connection Corporation ("Charter"), the

22  vessel's owner, for award of *custodia legis* expenses, and for sale of the vessel.  Plaintiff-in-

23  Intervention A.K. Suda, Inc. ("Suda") opposes the *ex parte* application.

24    In these proceedings to date, Caterpillar has not exhibited the urgency to sell Belle Amie

25  one would expect from a party who is genuinely concerned with saving the daily costs for the

26  vessel's upkeep.  For example, an entry of default in this case was made on July 7, 2007, but

27  Caterpillar did not file a motion for default judgment until more than three months later, on

28  October 23, 2007.  Other examples could be cited.  Although the court granted Caterpillar's

1   request to shorten time on its October 23 motion, it is not inclined to do it again.  Accordingly,

2   Caterpillar's *ex parte* application to shorten time is **DENIED**.

3       **IT IS SO ORDERED.**

4

5   DATED:  January 10, 2008

6   _____
    M. James Lorenz
7   United States District Court Judge

    COPY TO:
8
    HON. NITA L. STORMES
9   UNITED STATES MAGISTRATE JUDGE

10  ALL PARTIES/COUNSEL

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                                                       07cv767