1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

SOUTHERN DISTRICT OF CALIFORNIA

8
9

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION, | ) ) ) | Civil No. 07cv767-L(NLS) |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | **(1)  GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR CREDIT BID** |
| CHARTER CONNECTION CORPORATION, *in Personam, et al.,* | ) ) ) | **AUTHORITY AND FOR AWARD OF ADDITIONAL COSTS; AND** |
| Defendants. | ) ) ) | **(2)  DENYING AS MOOT EX PARTE APPLICATION FOR ORDER** |
| _____ | ) | **SHORTENING TIME** |

10
11
12
13
14
15
16
17

Pending before the court in this admiralty action is Plaintiff Caterpillar Financial Services

18

Corporation's ("Caterpillar") Motion for Credit Bid Authority on the Judicial Sale of the

19

Defendant Vessel and for Award of Additional Costs Not Contemplated in the Order for Sale of

20

the Defendant Vessel.  For the reasons stated below, Caterpillar's motion is **GRANTED IN**

21

**PART AND DENIED IN PART**.

22

Pursuant to orders filed August 6 and August 21, 2008, Caterpillar is the only remaining

23

claimant to the Defendant vessel.  Caterpillar's motion for judicial sale of the Defendant vessel

24

was granted on August 12, 2008.  Accordingly, Caterpillar's request for credit bid authority at

25

the sale is granted.  However, the court is not inclined to enter a deficiency judgment against *in*

26

*personam* Defendants for an amount exceeding the difference between the a fair market value of

27

the vessel and the amount owing Caterpillar.

28

/ / / / /

Caterpillar's request for *custodia legis* expenses accrued since November 30, 2007 is denied because Caterpillar has not submitted any invoices in support of the request.  Exhibit 1 to the declaration of Michael E. Thompson was not included.  In light of the fact that Caterpillar's *custodia legis* expenses have continued to accrue since November 30, 2007 and will continue to accrue until the sale, and that Caterpillar's expenses cannot until then be fully quantified, Caterpillar shall promptly after the sale and confirmation file with the court a motion, supported by evidence, and a proposed order, which shall reflect Caterpillar's *custodia legis* expenses accrued since November 30, 2007.

For the foregoing reasons, **IT IS HEREBY ORDERED**:

1.  Caterpillar's request for credit bid authority at the sale is granted.

2.  Caterpillar's request for *custodia legis* expenses accrued since November 30, 2007 is denied without prejudice.  Caterpillar shall promptly after the sale and confirmation file with the court a motion, supporting evidence, and a proposed order, which shall reflect Caterpillar's *custodia legis* expenses accrued since November 30, 2007.

3.  Caterpillar's ex parte application for an order to shorten time is denied as moot.

**IT IS SO ORDERED.**


DATED:  September 5, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv767